# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    NO. 4:14CR00191-15 JLH

LOUIS MICHAEL TICHELI                                                                   DEFENDANT

## ORDER

On July 29, 2016, the Court held the pending motion to revoke in abeyance to allow the parties to finalize a release plan for Louis Michael Ticheli. The parties have informed the Court that plans have been finalized and that they are now ready to resume the hearing.

IT IS HEREBY ORDERED that the hearing on the motion to revoke supervised release is hereby scheduled to resume on **WEDNESDAY, SEPTEMBER 28, 2016, at 10:00 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #751.

IT IS SO ORDERED this 23rd day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE